IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>MARIA TORRES,<br><br>                Defendant. | **8:14CR170**<br><br>**ORDER** |

      This matter is before the Court on the motion of defendant Maria Torres for a bill of particulars (Filing No. 25). The motion does not comply with NECrimR 12.3(b)(3) and paragraph 9 of the Progression Order (Filing No. 19) which provides in part:

> In the event that any motions are filed seeking bills of particulars or discovery of facts, documents, or evidence, as part of the motion **the moving party shall** recite that counsel for the movant has conferred with opposing counsel regarding the subject of the motion in an attempt to reach agreement on the contested matters without the involvement of the court and that such attempts have been unsuccessful. The motion shall further state the dates and times of such conferences.

Filing No. 25 contains no such recitation.

      Accordingly, the Motion for Bill of Particulars (Filing No. 25) is denied.

      Additionally, the Text Order (Filing No. 27) directing the government to file a Response to the defendant's Motion for Bill of Particulars on or before 6/23/2014 is rescinded on the grounds that it is superseded by this Order nunc pro tunc.

      **IT IS ORDERED:**

      1.      The Motion for Bill of Particulars [25] is denied.

      2.      The Text Order [27] directing the government to file a Response to the Motion for Bill of Particulars on or before 6/23/2014 is rescinded as this Order supersedes filing [27] nunc pro tunc.

Dated this 13th day of June, 2014.

                                                                BY THE COURT:

                                                                s/ F.A. Gossett, III
                                                                United States Magistrate Judge